*Leslie D. Dawson* and *Sidney W. Davidson* for appellant.

*Winthrop S. Emmet* for Evelyn C. Emmet and another, respondents-appellants.

*John Drew* for Paul D. O'Brien, respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.

In the Matter of ABEL GREEN, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, et al., Respondents.

Argued October 11, 1955; decided November 23, 1955.

*Julian T. Abeles* for appellant.

*Jacob B. Ward* and *Hortense W. Gabel* for Joseph D. McGoldrick, State Rent Administrator, respondent.

*Robert S. Fougner* for Katherine Barakat, respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.

In the Matter of EMRAY REALTY CORP., Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.

Argued October 14, 1955; decided November 23, 1955.